**BOIES SCHILLER FLEXNER LLP**
Brooke Alexander (Pro Hac Vice to be Filed)
balexander@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (SBN 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6858
Facsimile: (415) 999-9695

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN GARRISON, GREGG PODALSKY, SKYLER LINDEEN, ALEXANDER CHERNYAVSKY, GARY PIANO, SUNIL KAVURI, GARY GALLANT, & DAVID NICOL on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHOHEI OHTANI, NAOMI OSAKA, LAWRENCE GENE DAVID & SOLOMID CORPORATION, D/B/A TEAM SOLOMID, TSM AND/OR TSM FTX,<br><br>Defendants. | Case No.: 2:23-cv-05951-AB-PVC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT SHOHEI OHTANI PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs
2  hereby give notice that this action is voluntarily dismissed as to Defendant Shohei
3  Ohtani.  Defendant Ohtani has not served an answer or motion for summary
4  judgment in this action.  Accordingly, Plaintiffs notice voluntary dismissal of this
5  action as to Defendant Ohtani, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: July 24, 2023  Respectfully submitted,

By: */s/ Mark C. Mao*
**BOIES SCHILLER FLEXNER LLP**
Mark C. Mao (SBN 236165)
mmao@bsfllp.com
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:  (415) 293-6858
Facsimile:   (415) 999-9695

**BOIES SCHILLER FLEXNER LLP**
Brooke Alexander (Pro Hac to be Filed)
balexander@bsfllp.com
333 Main Street
Armonk, NY 10504
Telephone:  (914) 749-8200
Facsimile:   (914) 749-8300

*Counsel for Plaintiffs*